# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| JEFFREY RUSSELL, | ) |
| | ) |
| Claimant, | ) |
| | ) |
| vs. | ) Civil Action No. 3:15-cv-856-CLS |
| | ) |
| NANCY A. BERRYHILL, Acting Commissioner, Social Security Administration, | ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

The magistrate judge filed a report on December 18, 2017, recommending that this court should affirm the decision of the Commissioner of the Social Security Administration to deny claimant's claim for a period of disability, disability insurance, and supplemental security income benefits.[1] Claimant was notified of his right to file objections within fourteen days of the report and recommendation,[2] but to date, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court concludes that the Commissioner's decision was supported by substantial evidence and in accordance

---

[1] Doc. no. 18 (Report and Recommendation).
[2] *Id.* at 12-13.

with applicable legal standards.  Accordingly, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. The decision of the Commissioner is **AFFIRMED**. Costs are taxed against claimant. The Clerk is directed to close this file.

DONE this 31st day of January, 2018.

_____
United States District Judge